IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RAYMOND MATTHEWS,**

   *Plaintiff*,

v.                                           Case No.: 4:21cv307-MW/ZCB

**KILOLO KIJAKAZI,
ACTING COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION,**

   *Defendant*.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 20. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 20, is **accepted and adopted** as this Court's opinion. The Clerk is directed to enter judgment stating, "The Commissioner's decision denying benefits is **REVERSED** and this matter is **REMANDED** to the Commissioner for further proceedings consistent with this Order pursuant to sentence four of 42 U.S.C. § 405(g)." The Clerk shall take all

steps necessary to effect the remand and close the file.

**SO ORDERED on September 19, 2022.**

                                              <u>**s/Mark E. Walker**</u>
                                              **Chief United States District Judge**